Eastern District of Kentucky
**FILED**
OCT 2 - 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 2005-56 (WOB)

MARIE HELMS                                                PLAINTIFF

VS.                         JUDGMENT

GEORGE ZUBATY, WINSLOW
BAKER, BRENT CALDWELL,
DONNIE GOULD, AND TRAVIS
SIMPSON                                                    DEFENDANTS

Pursuant to the opinion and order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that plaintiff's federal causes of action be, and are hereby, **DISMISSED WITH PREJUDICE.** Plaintiff's state law causes of action be, and are hereby, **DISMISSED WITHOUT PREJUDICE.**

This 2d day of October, 2006.

_William O. Bertelsman_
WILLIAM O. BERTELSMAN, JUDGE